IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TRACY L. MISCH,

                          Plaintiff,

    v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                          Defendant.

ORDER

13-cv-18-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The parties have moved jointly for judgment reversing the Commissioner's decision in this case under sentence four of 42 U.S.C. § 405(g) and remanding the case to the Commissioner. The motion will be granted.

      On remand the administrative law judge is to offer plaintiff an opportunity for a new hearing and proceed through the five-step sequential evaluation of disability.

ORDER

      IT IS ORDERED that the Commissioner's decision in this case is REVERSED. The

case is REMANDED to the Commissioner.

Entered this 24th day of September, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge