IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRACY L. MISCH,

        Plaintiff,                            JUDGMENT IN A CIVIL CASE

   v.                                      Case No. 13-cv-18-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

     This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has been
rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered reversing the decision of
the Commissioner of Social Security under sentence four of 42 U.S.C. § 405(g) and remanding
this case to the Commissioner to offer plaintiff an opportunity for a new hearing and proceed
through the five-step sequential evaluation of disability.

_____
Peter Oppeneer, Clerk of Court

_____
9/25/13
Date