IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TRACY L. MISCH,

        Plaintiff,                         JUDGMENT IN A CIVIL CASE

v.                                            Case No. 13-cv-18-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered reversing the decision of the Commissioner of Social Security under sentence four of 42 U.S.C. § 405(g) and remanding this case to the Commissioner to offer plaintiff an opportunity for a new hearing and proceed through the five-step sequential evaluation of disability.


*Peter Oppeneer*                                   9/25/13
Peter Oppeneer, Clerk of Court                   Date