IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TRACY LYNN MISCH,

        Plaintiff,                        JUDGMENT IN A CIVIL CASE

      v.                                      Case No. 13-cv-18-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Tracy Lynn Misch attorney fees and costs in the amount of $5,400 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


          s/ A. Wiseman, Deputy Clerk          January 27, 2014
          Peter Oppeneer, Clerk of Court                Date